**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**


SUSAN L. PROPHET                                                              PLAINTIFF

v.                                              Case No. 2:17-CV-2062
NANCY A.  BERRYHILL,
Acting Commissioner,
Social Security Administration                                               DEFENDANT


## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case

is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42

U.S.C. § 405(g).

IT IS SO ADJUDGED this 21st day of June, 2018.



/s/ P. K. Holmes, III

P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE